

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00245-CV

———————————————

JAMES BRAZELTON D/B/A BRAZ CONSTRUCTION & REMODELING,
Appellant

V.

ERICA LEMON, Appellee

On Appeal from the 16th District Court
Denton County, Texas
Trial Court No. 19-3311-16

Before Womack, J.; Sudderth, C.J.; and Gabriel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Motion for Nonsuit of His Interlocutory Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: August 8, 2019